FILED: August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1481 (L)
(8:11-cv-02836-RWT)

_____

In re: SUBPOENA OF AMERICAN NURSES ASSOCIATION

      Movant

-------------------------------

GAIL HINTERBERGER

      Plaintiff - Appellant

and

CATHOLIC HEALTH SYSTEM

      Defendant

v.

AMERICAN NURSES ASSOCIATION

      Movant – Appellee

_____

No. 15-1803
(8:11-cv-02837-RWT)

_____

In re: SUBPOENA OF AMERICAN NURSES ASSOCIATION

       Movant

-------------------------------

CATHERINE GORDON

       Plaintiff - Appellant

and

KALEIDA HEALTH

       Defendant

v.

AMERICAN NURSES ASSOCIATION

       Movant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 15-1481 and Case No. 15-1803.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk