FILED:  August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1481 (L)
(8:11-cv-02836-RWT)

_____

In re: SUBPOENA OF AMERICAN NURSES ASSOCIATION

       Movant

------------------------------

GAIL HINTERBERGER

       Plaintiff - Appellant

and

CATHOLIC HEALTH SYSTEM

       Defendant

v.

AMERICAN NURSES ASSOCIATION

       Movant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 09/25/2015

Opening brief due: 09/25/2015

Response brief due: 10/26/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk